IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| **KRISTINE SADOWSKI,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRO CUSTOM SOLAR LLC, d/b/a MOMENTUM SOLAR**,<br><br>*Defendant.* | Case No. 5:20-cv-415-PRL |

## NOTICE OF DISMISSAL

Plaintiff Kristine Sadowski hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: November 4, 2020

 */s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

 */s/ Avi R. Kaufman*