# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KRISTINE SADOWSKI,

    Plaintiff,

v.                                              Case No: 5:20-cv-415-Oc-30PRL

PRO CUSTOM SOLAR LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal (Dkt. 13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of November, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record